December 15, 2020

**FILED**

DEC 22 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

HONORABLE JUDGE SARA ELLIS
OFFICE OF THE CLERK OF THE US DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604


RE: CASE NO. 1:17 - CV - 00569
SUNDAY COSMANO PLAINTIFF V. STATE OF ILLINOIS LOTTERY DEFENDANT

DEAR JUDGE HONORABLE SARA ELLIS,
IN RECENT DAYS IT HAS COME TO MY ATTENTION ON
NOVEMBER 05 2020 MR. MICHAEL POWELL ASSISTANT ATTORNEY
GENERAL FILED A JOINT MOTION FOR AN EXTENSION OF TIME.
PARAGRAPH NUMBER 4 STATES ON OCTOBER 30, 2020, THE
PARTIES MET AND CONFERRED FOR A SECOND TIME. THE PARTIES
WILL BE PROCEEDING WITH SUMMARY JUDGEMENT BRIEFINGS.
PLEASE KNOW, MR. JOHN MORAN, THE PLAINTIFF'S ATTORNEY
NEVER MET WITH ME OR CALLED ME TO DISCUSS THIS
SUMMARY JUDGEMENT. THE LAST TIME I SAW OR SPOKE
TO MR. JOHN MORAN WAS IN SEPTEMBER 2019 AT THE
DEPOSITION. MR. MICHAEL POWELL, AN OFFICER OF THE COURT,
HAS MADE A DISHONEST STATEMENT IN WHICH HE HAS
PRESENTED TO FEDERAL COURT. IN ADDITION, MR. MICHAEL
POWELL WHO TOOK MY DEPOSITION WAS NEGLIGENT AND
FAILED TO PERMIT ME TO REMAIN ON THE RECORD AND
STATE THE FACTS IN WHICH I COULD PROVE THE

SECOND DISCHARGE IS RETALIATORY DISCHARGE. ON DECEMBER 01, 2020, I MET WITH ELLEN KAMPOUAUN AT THE LOTTERY OFFICE AND INFORMED ME THAT SHELLY RAY A STATE EMPLOYEE, HELD A MEETING ON VIDEO CONFERENCE WITH ELLEN KAMPOUAUN AND MELVIN MCINTYRE INDICATING THAT ELLEN AND MELVIN HAVE BEEN CHOSEN TO TRANSFER INTO THE LOTTERY AGENCY AND MUST START WORKING THE ROUTES PROMPTLY. SHELLY RAY ASSIGNED ELLEN KAMPOUAUN TO ROUTE #206 WHICH COVERS ARLINGTON HEIGHTS, MOUNT PROSPECT AND SURROUNDING TOWNS. SHELLY RAY ASSIGNED MELVIN MCINTYRE ROUTE #107 WHICH COVER THE TOWNS OF NORRIDGE, PARK RIDGE, HARWOOD HEIGHTS, FRANKLIN PARK AND ZIP GOES INTO CHICAGO. ROUTE #107 WAS MY ASSIGNED ROUTE FROM APRIL 2010 UNTIL APRIL 15, 2014. FURTHERMORE, MR. MICHAEL POWELL NEGLECTED AND FAILED TO TAKE MR. ROBERT SKALUBA'S DEPOSITION WHO WAS MY SUPERVISOR FROM APRIL 2010 UNTIL APRIL 15, 2014. MR. SKALUBA IS A KEY WITNESS AND HAS STRONG TESTIMONY PROVING A FALSE/RETALIATION LAWSUIT. IN FEBRUARY 2014, I WAS ORDERED TO MEET WITH MY SUPERVISOR, BRITTANY NATHAN, AT THE McDONALD'S LOCATED AT GRAND AND HARLEM AVENUE. BRITTANY WAS PRESENT WITH A LAP TOP COMPUTER AND INFORMED ME THE MANAGEMENT FROM THE STATE OF ILLINOIS WAS GOING TO FIRE ME AND DID FIRE ME ON APRIL 15 2014. ON APRIL 15 2014, I WAS FIRED ON A FALSE ALLEGATION OVER A CITY OF CHICAGO CAMERA GENERATED SPEEDING TICKET.

I contested the ticket with the lottery and paid the City of Chicago $200.00. This was never my ticket. On August 25, 2020, I attended a hearing in which started at 1030am until 4:30pm and answered to 100 pages of documents. At the hearing numerous pages of documents were presented to the arbitrator proving that many state employees received camera generated tickets and were never fired. The arbitrator ruled in my favor and I was reinstated to the lottery on September 24, 2015. On September 24, 2015 I was reinstated to the Illinois State Lottery and was working with Mary Beth Muell, my current supervisor, all day. Mary Beth Muell informed me that I am being assigned to Route 209 which covers the towns of Wauconda, Fox Lake, Antioch, Hainesville, Island Lake, Wadsworth and other near by towns. In addition, Mary Beth Muell informed me that the management was outraged I won the hearing and that I returned to the Illinois State Lottery. Mary Beth Muell sat in and took a deposition in which she made dishonest statements at her deposition. In October 2015 my auto report indicates I drove nearly 1600 miles, excessive miles proving the second discharge is retaliatory discharge. I was severely punished for winning the arbitration hearing.

Furthermore In April 2017, The State of Illinois Filed a legal motion to dismiss this lawsuit. In August 2017, The court Denied the legal motion. Within days, The State of Illinois Held a Public Hearing In an effort to complete The Filing Process In filing Northstar, The managing company For The Illinois State Lottery. At That Time the State Officials evaluated This serious discrimination law suit. Northstar named the Illinois State Lottery the Defendant In small claims court. Lisa Madigan The Former Attorney General blocked the lawsuit, Alleging The Law Suit would Be several hours And multi millions of dollars. By doing so This hurt me greatly. In December 2019 Rivers Casino In Des Plaines Illinois, Hired me For a Full Time Position As a Server In the Sports Betting Bar. In September 2020, I was fired from Rivers Casino on false allegations. During The Hiring Process, Rivers Casino conducted an extensive back ground check And my pending discrimination law suit surfaced. Rivers Casino Is Issued a License To Operate From The State of Illinois. My Gross pay For The year of 2020 Is $9930.67. Presently I am not Employed And am looking For a Job.

In retrospect, Mr. Michael Powell, an officer of the court, has demonstrated that he is seeking to 'cover up' the true facts and critical facts for this very serious target retaliation, and retaliatory discharge discrimination law suit. In December 2015, Lydia Mills the attorney employed with the State of Illinois who fired me twice, suddenly retired and ran from her Springfield office immediately after firing me. Attorney Mr. James Vanzant, withdrew from this case and suddenly ran from your court room. In my eyes, there is not a judge who would allow the State of Illinois to seek a win at the summary judgment level. This is a case in which it will never be duplicated in history. It is my hope, I will be granted a win at the summary judgement level and be granted a fair trial.


Respectfully Submitted,


Sunday A. Cosmand

## THE UNITED STATES DISTRICT COURT
### FOR THE NORTHER DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUNDAY COSMANO,                          )
                                  )
        Plaintiff,                      )     No. 17 CV 0569
                                  )
    v.                                        )     Honorable Judge Sara L. Ellis
                                  )
STATE OF ILLINOIS LOTTERY,               )
                                  )
        Defendants.                     )

## JOINT MOTION FOR AN EXTENSION OF TIME

The Parties, by and through their respective counsel, move for a fourteen-day extension of the summary judgment briefing schedule and state as follows:

1. Fact discovery closed on September 22, 2020. ECF No. 69. Summary judgment is due November 10, 2020. *Id.*

2. On October 19, 2020, counsel for Defendant issued summary judgment correspondence pursuant to this Court's standing order on summary judgment and requested a date to meet and confer with counsel for Plaintiff.

3. On October 28, 2020, counsel for Defendant sent an e-mail with another request to meet and confer.

4. On October 30, 2020, the Parties met and conferred regarding summary judgment. Counsel for Plaintiff required time to discuss summary judgment with his client and on November 2, 2020, the Parties met and conferred for a second time. The Parties will be proceeding with summary judgment briefings.

5. The Parties are in the process of drafting a joint Local Rule 56.1 Statement of Material Facts in accordance with this Court's standing order, but require additional time to complete the statement. Among other issues, counsel for Plaintiff is in the process of

working on appeals in two other matters. Accordingly, the Parties have agreed to seek a fourteen-day extension of the summary judgment briefing schedule.

6. This is the Parties' first request for an extension of the summary judgment briefing schedule.

7. This request is not for the purpose of undue delay and the Parties will not be prejudiced by its granting.

WHEREFORE, tne Parties respectfully request that this Court extend the summary judgment briefing schedule by fourteen days so that briefing is as follows – Defendant's Motion for Summary Judgment is due on November 24, 2020; Plaintiff's Response is due on January 5, 2021; and Defendant's Reply is due on February 9, 2021. The Parties further request any other relief this Court finds reasonable and just.

Respectfully Submitted,

By:   s/ *Michael M. Powell*
       MICHAEL M. POWELL
       Assistant Attorney General
       100 West Randolph St., 13th Fl.
       Chicago, Illinois 60601
       mpowell@atg.state.il.us

       *Counsel for Defendant*

       s/*John T. Moran*
       JOHN T. MORAN
       The Moran Law Group
       309 West Washington St., Suite 900
       Chicago, Illinois 60606

       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

s/*Michael M. Powell*

MICHAEL M. POWELL

# New deal for Illinois Lottery manager shrouded in secrecy

## State records heavily redacted; public has till Friday to protest

**BY MATTHEW WALBERG AND JOE MAHR**
Chicago Tribune

As the Illinois Lottery edges closer to finalizing a massive deal with a new private manager, the state and the firm have chosen to keep many of the details secret despite past pledges of transparency.

The deal includes a tiered incentive system in which the new firm, Camelot Illinois, would be paid bonuses for exceeding various profit levels, documents show. But the proposed dollar amounts are not included.

That was among the few bits of information in the heavily redacted records the state released as part of the vetting process that gives the public until close of business Friday to protest the contract. After that, the state can go ahead with final negotiations.

The lack of detail frustrated some lawmakers, who questioned how the public could evaluate the deal without more information.

"I think it's an outrageous process because nobody can tell me and nobody can tell the taxpayers that this is a good deal based on any type of metrics," said Rep. David McSweeney, R-Barrington Hills.

Rep. Lou Lang, D-Skokie, also questioned why more details have not been made available for public review.

"It is a significant issue that requires much analysis," he said in an email response to the Tribune. "This analysis cannot be properly accomplished without all of the information and data."

Camelot asked the Illinois Lottery to keep secret vast portions of its proposal, which the state has done repeatedly pitching a vetting process it said would be transparent for selecting a firm to run an operation that last year brought in more than $700 million in profit to the state.

The details could have significant consequences for cash-strapped Illinois, where the previous private manager won the lottery contract in a process criticized by state auditors. The Tribune later found the lottery — under private management — engaged in questionable practices of ending scratch-off games before all, or sometimes any, life-changing prizes were claimed.

On Sept. 22, the lottery announced Camelot Illinois — part of a family of companies that run the national lotteries in the United Kingdom and Ireland — would replace Illinois' current private manager, Northstar Lottery Group.

As part of the announcement, the state began a 14-day period required by law to allow anyone to protest. Camelot had


Camelot Illinois CEO Nigel Railton listens to a question during a public hearing Aug. 14 in Chicago. Camelot asked the Illinois Lottery to keep secret vast portions of its proposal. G-JUN YAM/AP

*"I don't understand why that's a competitive secret."*

— Rep. David McSweeney, R-Barrington Hills, about possible incentives for Camelot Illinois based on revenue projections

the company's proprietary information.

"As we have not finalized a contract with the state, we can't discuss details of a potential agreement. In bidding to partner with the Illinois Lottery to generate record sales and responsible growth, we submitted strategies that included confidential commercial information," the company wrote in a response to questions from the Tribune. "Disclosing those details today would put our $10 million investment at risk. Such information is allowed to be redacted by law in Illinois and other jurisdictions."

The state also redacted the names of the individuals who evaluated the bid.

Lottery spokesman Jason Schaumburg said the lottery's redactions were in compliance with state law and the protest period is designed to allow the public to lodge a complaint about the way the state sought bids, evaluated them and awarded the contract.

Rep. McSweeney said the company and the lottery should at least provide information on what the company could earn in incentives based on its revenue projections.

"I don't understand why that's a competitive secret," McSweeney said. "I don't

Northstar, a company formed by Scientific Games and IGT — two longtime vendors to the Illinois Lottery — was hired by the state in 2010 and became the first private company to manage a U.S. state lottery. Northstar's bid edged out Camelot on the strength of its commitment to bring nearly 15 percent higher revenues to Illinois than the U.K.-based firm offered.

While Northstar did bring record sales and profits, the relationship between Northstar and the state soon soured as the firm fell short of its lofty profit goals, prompting finger-pointing between lottery officials and Northstar over blame.

For Camelot, the state has proposed a setup similar to the one it inked with Northstar. Under that deal, Northstar received a basic management allowance, but profits had to reach a certain level before Northstar got any bonus. After that, Northstar received a bigger percentage of the profits the higher profits rose.

Camelot proposes it be paid 15 percent of the profit it makes beyond the "guaranteed" level to a second level, then 20 percent of the profit from that second level to a third level and then 25 percent of profit beyond that third level. But Camelot asked the state to not release the dollar amounts of those levels.

If those levels are set artificially low, it could mean more money for Camelot and less for the state.

Camelot, in an unredacted portion of its proposal, told the state it believed its proposal was fair, and the biggest bonus level would kick in only if it exceeded the profit levels it projected during the

# Illinois State Lottery
## Monthly Automotive Cost Report

COPY DISTRIBUTION
White - Vehicle Operators
Canary - Facility & Asset Mgmt.

Month OCTOBER 20 15

Division CSTCU

Section 209

Equip. No. C or T 4346

Account no. 001-133-30-1

Odometer Reading End of Month 170980

Year & Make 2006 DODGE VAN

### Summary of Charges

| Item | Code | Purchase Outside State Facility | | State Facility Purchases | | Total for Month | |
|------|------|------|------|------|------|------|------|
| | | Quan. | Amount | Quan. | Amount | Quan. | Amount |
| Gasoline (Gals.) | 01 | 2375 | 253 54 | | | | |
| Oil (Qts.) | 02 | | | | | | |
| Lubrication | 03 | | | | | | |
| Repair Labor | 04 | | | | | | |
| Repair Parts | 05 | | | | | | |
| Tires | 06 | | | | | | |
| Tubes | 07 | | | | | | |
| Batteries | 08 | | | | | | |
| Anti-Freeze (Qts.) | 09 | | | | | | |
| Miscellaneous | 10 | | | | | | |
| Total | | 2375 | 253 54 | | | | |

Print Name SUSANA COSTANZA _____ Operator

Signed Susan Costanzo _____ Operator

Address 9511 Harrison Des Plaines, Illinois 60016

IDL-603 (N-10/12)

SOY-BASE INK RECYCLED PAPER

## Mileage Totals and Daily Purchases

First of Month 169400  End of Month 170980  Net Driven 1580

| Day | Purchases Outside State Facilities | | | | Purchases From State Facilities | | | |
|-----|------|------|------|------|------|------|------|------|
| | Gasoline | | Oil | | Gasoline | | Oil | |
| | Gals. | Amount | Qts. | Amount | Gals. | Amount | Qts. | Amount |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | 16.00 | 41 24 | | | | | | |
| 7 | | | | | | | | |
| 8 | 16.00 | 45 01 | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | 15.00 | 44 50 | | | | | | |
| 15 | | | | | | | | |
| 16 | 15.50 | 43 30 | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | 15.25 | 40 24 | | | | | | |
| 21 | | | | | | | | |
| 22 | 16.00 | 39 23 | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| Total | 2375 | 253 54 | | | | | | |

14914 300:050:0405

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUNDAY A COSMANO | | | | | | CHECK#: | 57081 |
| H RATE: 7.0000 PERIOD END: 9/17/2020 | | | | | | CHECK DATE: | 9/24/2020 |

| Incomes | Hours | Current | YTD | Deductions | Current | YTD | PTO | Balance |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 1442 | 10094 | 460544 | SOCIAL SECURITY | 3015 | 61570 | PTO | |
| PAID TIME OFF | 5258 | 36806 | 36806 | MEDICARE | 706 | 14400 | | |
| TIPS | | 1730 | 192372 | STATE TAX IL | 223 | 36207 | | |
| OTHER INCOME | | | 1292 | 401K CONTR | 35175 | 131245 | | |
| MEETING PAY | | | 19410 | FED INC TAX | | 55298 | **Absence Points** | |
| OVERTIME PAY | | | 94571 | TDR MEALS | | 5700 | As of | 9/03/2020 |
| SERVICE TIPS DUE | | | 2784 | DIRECT DEPOSIT | | 44282 | Points | 2. |
| FITNESS | | | 2500 | | | | | |
| WAGE SUPPLEMENT | | | 158780 | | | | **401(k) ER Match** | |
| MIN WAGE MAKEUP | | | 24010 | | | | Current | 18.76 |
| | | | | | | | YTD | 69.99 |
| GROSS PAY | 6700 | 48630 | 993069 | | | | | |
| GROSS WAGES | | 46900 | 799697 | TOTAL DEDUCTIONS | 39119 | 348702 | 77.81 | NET CHECK |

.00 DEPOSITS

77.81 NET PAY

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼



OMB No. 1545-0008     w24ufynD Rev 1

| | |
|---|---|
| d. Control number<br>100000082898 | 1. Wages, tips, other comp. 15825.32   2. Federal income tax withheld 847.18 |
| b. Employer identification no.<br>04-3212828 | 3. Social security wages 19122.03   4. Social security tax withheld 1237.24 |
| a. Employee's social security no<br>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 | 5. Medicare wages and tips 19955.49   6. Medicare tax withheld 289.36 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 833.46 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12<br>D   4130.17 |
| 13. Statutory Employee   14. Other | | 12b Code |

Retirement plan   X
Third-party sick pay    12c Code    12d Code

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
mount prospect, IL 60056

2018

| 15. State   Employer's state ID number | 16. State wages, tips, etc. |
|---|---|
| IL   04-3212828 000 8 | 15825.32 |
| 17. State income tax   783.37 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Form W-2 Wage and Tax Statement

Copy 2 To Be Filed With Employee's FEDERAL Tax Return.

Department of the Treasury - Internal Revenue Se

OMB No. 1545-0008

| | |
|---|---|
| d. Control number<br>100000082898 | 1. Wages, tips, other comp. 15825.32   2. Federal income tax withheld 847.18 |
| b. Employer identification no.<br>04-3212828 | 3. Social security wages 19122.03   4. Social security tax withheld 1237.24 |
| a. Employee's social security no<br>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 | 5. Medicare wages and tips 19955.49   6. Medicare tax withheld 289.36 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 833.46 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12<br>D   4130.17 |
| 13. Statutory Employee   14. Other | | 12b Code |

Retirement plan   X
Third-party sick pay    12c Code    12d Code

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
mount prospect, IL 60056

2018

| 15. State   Employer's state ID number | 16. State wages, tips, etc. |
|---|---|
| IL   04-3212828 000 8 | 15825.32 |
| 17. State income tax   783.37 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Form W-2 Wage and Tax Statement

Copy C For EMPLOYEE'S RECORDS (See Notice on back of Copy B.)

Department of the Treasury - Internal Revenue Service

---

OMB No. 1545-0008

| | |
|---|---|
| d. Control number<br>100000082898 | 1. Wages, tips, other comp. 15825.32   2. Federal income tax withheld 847.18 |
| b. Employer identification no.<br>04-3212828 | 3. Social security wages 19122.03   4. Social security tax withheld 1237.24 |
| a. Employee's social security no<br>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 | 5. Medicare wages and tips 19955.49   6. Medicare tax withheld 289.36 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 833.46 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12<br>D   4130.17 |
| 13. Statutory Employee   14. Other | | 12b Code |

Retirement plan   X
Third-party sick pay    12c Code    12d Code

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
mount prospect, IL 60056

2018

| 15. State   Employer's state ID number | 16. State wages, tips, etc. |
|---|---|
| IL   04-3212828 000 8 | 15825.32 |
| 17. State income tax   783.37 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Form W-2 Wage and Tax Statement

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| | |
|---|---|
| d. Control number<br>100000082898 | 1. Wages, tips, other comp. 15825.32   2. Federal income tax withheld 847.18 |
| b. Employer identification no.<br>04-3212828 | 3. Social security wages 19122.03   4. Social security tax withheld 1237.24 |
| a. Employee's social security no<br>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 | 5. Medicare wages and tips 19955.49   6. Medicare tax withheld 289.36 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 833.46 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12<br>D   4130.17 |
| 13. Statutory Employee   14. Other | | 12b Code |

Retirement plan   X
Third-party sick pay    12c Code    12d Code

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
mount prospect, IL 60056

2018

| 15. State   Employer's state ID number | 16. State wages, tips, etc. |
|---|---|
| IL   04-3212828 000 8 | 15825.32 |
| 17. State income tax   783.37 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Form W-2 Wage and Tax Statement

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

Department of the Treasury - Internal Revenue Service

# FORM W-2 Wage and Tax Statement

Copy C For EMPLOYEE'S RECORDS (See notice on back of Copy 2)

...of the Treasury • Internal Revenue Service. If you an... furnished to the Internal Revenue Service. If you ...return, a negligence penalty or other sanction may b... this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Fe..., State and Local Income Tax Returns.
If you worked in multiple locations, or had several forms of special compensation, you may, receive more than one of these documents.

All copies of your W-2 are on this page, separated by perforations. The white copies are for your tax return; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 12 are on the other side of the page.

This i,
require
impose.

Verification Code. If this field is populated,
enter this code when it is requested by your
tax return preparation software.
It is possible your software or preparer
will not request the code.
The code is not entered on paper-filed returns.

| | |
|---|---|
| D CONTROL NUMBER 0125 1841 | This information is being furnished to the Internal Revenue Service |
| | 2018 | OMB NO. 1545-0008 |

| B. EMPLOYER IDENTIFICATION NUMBER 56-1874931 | A. EMPLOYEE'S SOCIAL SECURITY NUMBER 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 |

C. EMPLOYEE'S NAME, ADDRESS AND ZIP CODE
COMPASS GROUP USA, INC.
2400 YORKMONT RD
CHARLOTTE, NC 28217

| 13 | Statutory Employee | Retirement Plan | Third-Party Sick Pay | | SUFF. |

E. EMPLOYEE'S FIRST NAME AND INITIAL ... LAST NAME
SUNDAY COSMANO,
2202 LAWRENCE LANE
MOUNT PROSPECT, IL 60056

F. EMPLOYEE'S ADDRESS AND ZIP CODE

| 1 WAGES, TIPS, OTHER COMPENSATION 3029.27 | 2 FEDERAL INCOME TAX WITHHELD 136.64 |
| 3 SOCIAL SECURITY WAGES 3029.27 | 4 SOCIAL SECURITY TAX WITHHELD 187.81 |
| 5 MEDICARE WAGES AND TIPS 3029.27 | 6 MEDICARE TAX WITHHELD 43.92 |
| 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| VERIFICATION CODE A887-3A57-ED23-21F3 | 10 DEPENDENT CARE BENEFITS |
| 11 NONQUALIFIED PLANS | 12 a-d |
| 14 OTHER | |

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| IL | 56-1874931 | 3029.27 | 127.11 | | | |

OMB No. 1545-0008

| d Control number 1000076472 | 1. Wages, tips, other comp. 15885.35 | 2. Federal income tax withheld 1212.23 |
|---|---|---|
| b Employer identification no. 04-3212828 | 3. Social security wages 17682.74 | 4. Social security tax withheld 1141.20 |
| a. Employee's social security no 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 | 5. Medicare wages and tips 18406.48 | 6. Medicare tax withheld 266.89 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 723.74 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12 D 2521.13 |
| 13. Statutory Employee 14. Other | | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
Mount Prospect, IL 60056

**2017**

**Form W-2 Wage and Tax Statement**

| 15. State  Employer's state ID number IL 04-3212828 000 8 | 16. State wages, tips, etc. 15885.35 |
|---|---|
| 17. State income tax 704.56 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Copy C for EMPLOYEE'S RECORDS (See Notice on back of Copy B)

Department of the Treasury - Internal Revenue Service

---

w24ufynD Rev 16

OMB No. 1545-0008

| d Control number 1000076472 | 1. Wages, tips, other comp. 15885.35 | 2. Federal income tax withheld 1212.23 |
|---|---|---|
| b Employer identification no. 04-3212828 | 3. Social security wages 17682.74 | 4. Social security tax withheld 1141.20 |
| a. Employee's social security no 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 | 5. Medicare wages and tips 18406.48 | 6. Medicare tax withheld 266.89 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 723.74 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12 D 2521.13 |
| 13. Statutory Employee 14. Other | | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
Mount Prospect, IL 60056

**2017**

**Form W-2 Wage and Tax Statement**

| 15. State  Employer's state ID number IL 04-3212828 000 8 | 16. State wages, tips, etc. 15885.35 |
|---|---|
| 17. State income tax 704.56 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Copy B To Be Filed With Employee's FEDERAL Tax Return.

Department of the Treasury - Internal Revenue Service

---

OMB No. 1545-0008

| d Control number 1000076472 | 1. Wages, tips, other comp. 15885.35 | 2. Federal income tax withheld 1212.23 |
|---|---|---|
| b Employer identification no. 04-3212828 | 3. Social security wages 17682.74 | 4. Social security tax withheld 1141.20 |
| a. Employee's social security no 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 | 5. Medicare wages and tips 18406.48 | 6. Medicare tax withheld 266.89 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 723.74 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12 D 2521.13 |
| 13. Statutory Employee 14. Other | | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
Mount Prospect, IL 60056

**2017**

**Form W-2 Wage and Tax Statement**

| 15. State  Employer's state ID number IL 04-3212828 000 8 | 16. State wages, tips, etc. 15885.35 |
|---|---|
| 17. State income tax 704.56 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

Department of the Treasury - Internal Revenue Service

---

OMB No. 1545-0008

| d Control number 1000076472 | 1. Wages, tips, other comp. 15885.35 | 2. Federal income tax withheld 1212.23 |
|---|---|---|
| b Employer identification no. 04-3212828 | 3. Social security wages 17682.74 | 4. Social security tax withheld 1141.20 |
| a. Employee's social security no 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 | 5. Medicare wages and tips 18406.48 | 6. Medicare tax withheld 266.89 |

c. Employer's name, address, and ZIP code

Panera, LLC
3630 S. Geyer Rd.
#100
St. Louis, MO 63127

| 7. Social security tips 723.74 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a Code See inst. for box 12 D 2521.13 |
| 13. Statutory Employee 14. Other | | 12b Code |
| Retirement plan X | | 12c Code |
| Third-party sick pay | | 12d Code |

e. Employee's name, address, and ZIP code

sunday cosmano
2202 Lawrence Lane
Mount Prospect, IL 60056

**2017**

**Form W-2 Wage and Tax Statement**

| 15. State  Employer's state ID number IL 04-3212828 000 8 | 16. State wages, tips, etc. 15885.35 |
|---|---|
| 17. State income tax 704.56 | 18. Local wages, tips, etc. |
| 19. Local income tax | 20. Locality name |

Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return.

Department of the Treasury - Internal Revenue Service

SUNDAY A COSMANO - SU01260 - OS Restaurant Services, LLC

# W-2

**Form W-2 Wage & Tax Statement 2017**
**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**

This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| a Employee's social security number 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 | 1 Wages, tips, other compensation 2506.28 | 2 Federal income tax withheld 129.93 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 977.62 | 4 Social security tax withheld 155.39 |
| OS Restaurant Services, LLC 2202 North West Shore Blvd Suite 500 Tampa, FL 33607 USA | 5 Medicare wages and tips 2506.28 | 6 Medicare tax withheld 36.34 |
| | 7 Social security tips 1528.66 | 8 Allocated tips 0.00 |
| b Employer identification number (EIN) 59-3549811 | 9 Verification code | 10 Dependent care benefits 0.00 |
| e Employee's name, address, and ZIP code SUNDAY A COSMANO 2202 LAWRENCE LANCE MR. PROSPECT, IL 60056 | 11 Nonqualified plans 0.00 | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ |
| | 12 See instructions for box 12 | 14 Other |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 59-3549811 0002 | 2506.28 | 93.99 | | | |

1/5

| NAME | POSITION | LAST PAID | RATE OF PAY | YTD GROSS |
|------|----------|-----------|-------------|-----------|
| MUIR, MARYBETH | LOTTERY REGIONAL COOR. | 10/13/2020 | $ 7,300 | $ 73,300 |
| MUIR, MARYBETH | LOTTERY REGIONAL COOR. | 12/27/2019 | $ 7,000 | $ 112,900 |
| MUIR, MARYBETH | LOTTERY REGIONAL COOR. | 12/28/2018 | $ 6,300 | $ 81,200 |